IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK GODFREY MOORE,<br><br>    Defendant._____/ | No. C 05-00693-1 JSW<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE AND HEARING** |

The Court has received the Government's Motion for Stay and Revocation of Release Order, in which it seeks to stay and thereafter revoke the Magistrate Judge's Order releasing defendant to a halfway house. The Court HEREBY ORDERS Defendant to submit a response to the motion by **12:00 p.m. on Tuesday, November 22, 2005**.

The Court FURTHER ORDERS that this matter shall be set for hearing on **Wednesday November 23, 2005 at 10:00 a.m.** If counsel or the pretrial services officer are unable to appear, they shall have a stand-in available who is prepared to address the motion.

**IT IS SO ORDERED.**

Dated: November 22, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE