**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK GODFREY MOORE,<br><br>    Defendant.<br>_____/ | No. CR 05-00693-1 JSW<br><br>**ORDER STAYING RELEASE ORDER AND GRANTING DEFENDANT'S REQUEST TO CONTINUE** |

    The Court has received a request from Defendant to continue the hearing set for Wednesday, November 23, 2005, on the Government's Motion to Stay and Vacate Release Order. In that motion, Defendant stipulates to staying release pending a resolution of the merits of the motion. Based upon those representations and to afford all parties a full and fair opportunity to brief this issue, the Court HEREBY GRANTS Defendant's request.

    The hearing set for November 23, 2005 at 10:00 a.m. is VACATED. It is FURTHER ORDERED that the parties are to meet and confer and to submit to the Court a stipulated briefing schedule and further hearing date by December 2, 2005.

    It is FURTHER ORDERED that, based on the Defendant's stipulation, Magistrate Judge Vadas' Order dated November 17, 2005, releasing Defendant shall be STAYED pending a resolution on the merits of the Government's motion, and the Defendant SHALL NOT be released pending a resolution of that motion.

**IT IS SO ORDERED.**

Dated: November 22, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE