| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6960 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05-00693 JSW |
| Plaintiff, | ) ) | PARTIES' STIPULATION AND [PROPOSED] ORDER EXCLUDING |
| v. | ) ) | TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161(h)(8)(A), FROM |
| MARK GODBEY MOORE, | ) ) | NOVEMBER 17, 2005 THROUGH DECEMBER 8, 2005 |
| Defendant. | ) ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on the instant matter before the Honorable Nandor J. Vadas, United States Magistrate Judge, on November 17, 2005, and Assistant Federal Public Defender Steven Kalar was appointed as counsel. The matter was put on calendar in the District Court for trial setting on December 8, 2005.

2. Mr. Kalar requested that this same time period be excluded from the calculation of time under the Speedy Trial Act to allow for adequate preparation of counsel.

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND PROPOSED ORDER
CR 05-00693-JSW

1  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
2  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
3  3161(h)(8)(A).
4      4. For the reasons stated, the time period from November 17, 2005 through December 8,
5  2005 shall be excluded from the calculation of time under the Speedy Trial Act.
6      SO STIPULATED.
7  DATED:    11/17/05                 Respectfully Submitted,
8
9
                                        /s/
10                                  MICHELLE MORGAN-KELLY
                                    Assistant United States Attorney
11
   DATED:    11/21/05
12
                                        /s/
13                                  STEVEN KALAR
                                    Counsel for Defendant Mark Moore
14
15 PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
17 DATED: 11/22/05
18                                  HON. ~~NANDOR J. VADAS~~   EDWARD M. CHEN
                                    United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28 STIPULATION AND PROPOSED ORDER
   CR 05-00518 WHA                          2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161(h)(8)(A), FROM NOVEMBER 17, 2005 THROUGH DECEMBER 8, 2005**

in the case of **UNITED STATES V. MARK GODBEY MOORE, CR 05-00693 JSW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Steve Kalar**
**Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   November 21, 2005

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 05-00518 WHA                               3