IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK GODBEY MOORE,<br><br>　　　　　Defendant. | No. CR 05-00693-1 JSW<br><br>[PROPOSED] STIPULATED ORDER RE: BRIEFING SCHEDULE ON THE GOVERNMENT"S MOTION TO VACATE RELEASE ORDER<br><br>**Hearing Date:** December 8, 2005 |

　　　　The defendant in the above-entitled case was ordered released by the Honorable Nandor Vadas on November 17, 2005. On November 21, 2005, the government filed a motion for stay and revocation of the release order. On motion of the defense, this Court continued a stay of the release order and ordered that the parties set a briefing schedule on the government's motion.

　　　　The parties have met and conferred as ordered by this Court. In this stipulated order, counsel for Mr. Moore represents that he cannot effectively respond to the government's motion without reviewing discovery in this case. AUSA Morgan-Kelly has agreed to provide this discovery, and the parties have entered a separate proposed stipulated order to that effect.

　　　　At this meet and confer, the parties have also initiated settlement discussions.

　　　　Defense counsel further agrees in this stipulated order that the current stay of release shall remain in effect until briefing on the government's motion is completed and this Court has ruled on

the government's motion to vacate the release order.

In this proposed stipulated order, the parties suggest that they address the question of a briefing schedule at the first scheduled appearance before this Court on December 8, 2005. At that appearance the parties will have a better estimate of how long production and review of the discovery in this matter will take.

Therefore, for good cause shown:

1. This Court's stay of release shall remain in effect until the Court has ruled on the government's motion to vacate the release order;
2. The issue of the briefing schedule on the government's motion shall be addressed at the first appearance before this Court, on December 8, 2005.

IT IS SO ORDERED.

December 5, 2005
DATED

JEFFREY S. WHITE
United States District Court Judge

IT IS SO STIPULATED.

12.2.05                         /s
DATED                           KEVIN V. RYAN
                                United States Attorney
                                Northern District of California
                                MICHELLE MORGAN-KELLY
                                Assistant United States Attorney

12.2.05                         /s
DATED                           BARRY J. PORTMAN
                                Federal Public Defender
                                Northern District of California
                                STEVEN G. KALAR
                                Assistant Federal Public Defender

*Moore*, CR 05-00693-1 JSW
ORD. RE: BRIEFING SCHEDULE                    2