IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MARK MOORE,<br><br>            Defendant. | No. CR 05-00693 JSW<br><br>[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING<br><br>**Current Sentencing Hearing Date:**<br>Thursday, May 24, 2006<br><br>**Proposed Sentencing Hearing Date:**<br>Thursday, June 15, 2006 |

Sentencing in the above-entitled case is currently scheduled for Thursday, May 25, 2006 at 2:30. Counsel for Mr. Moore, AFPD Kalar, represents in this stipulated order that he will be unavailable on May 25 because of a work-related assignment.

Mr. Kalar has asked that the sentencing be continued until Thursday, June 15, 2006 at 2:30 pm. He has spoken to Probation Officer Sara Black, who is available on that date. AUSA Michelle Morgan-Kelly has no objection to this proposed continuance.

//

//

//

//

*Moore*, CR 05-00693 JSW
ORD. CONT. SENT.

|   |   |
|---|---|
| 1 | Therefore, for good cause shown sentencing in the above-entitled matter shall be continued to |
| 2 | Thursday, June 15, 2006 at 2:30 pm. |
| 3 | IT IS SO ORDERED. |

IT IS SO ORDERED.

May 18, 2006
DATED

JEFFREY S. WHITE
United States District Court Judge

IT IS SO STIPULATED.

_____        \_\_\_\_/s_____
DATED                   KEVIN V. RYAN
                        United States Attorney
                        Northern District of California
                        MICHELLE MORGAN-KELLY
                        Assistant United States Attorney


_____        \_\_\_\_/s_____
DATED                   BARRY J. PORTMAN
                        Federal Public Defender
                        Northern District of California
                        STEVEN G. KALAR
                        Assistant Federal Public Defender

*Moore*, CR 05-00693 JSW
ORD. CONT. SENT.                               2