IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00693 JSW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER FILING |
| ) | UNDER SEAL |
| v. ) | |
| ) | FILED UNDER SEAL |
| MARK MOORE, ) | |
| ) | **Hearing Date**: Thursday, June |
| Defendant. ) | 15, 2006 at 2:30 pm |

For good cause shown, the defendant's motion to file under seal, Mr. Kalar's declaration in support of the motion to file under seal, and the defendant's sentencing memorandum in the above-entitled case shall be filed under seal.

June 9, 2006

JEFFREY S. WHITE
United States District Judge

*Moore*, CR 05-00693 JSW
DECL. STEVEN G. KALAR